UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| NORCO INDUSTRIES, INC., | ) | CASE NO. 2:12-CV-00313-PPS-APR |
| | ) | |
| Plaintiff, | ) | JUDGE PHILIP P. SIMON |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE** |
| | ) | **WITHDRAWING ITS MOTION** |
| CPI BINANI, INC., | ) | **FOR PRELIMINARY INJUNCTION** |
| | ) | |
| Defendant. | ) | |

Plaintiff Norco Industries, Inc. ("Norco") hereby withdraws its Motion for Preliminary

Injunction (ECF #27), which was filed on November 9, 2012.


Respectfully submitted,


/s/ R. Eric Gaum

OF COUNSEL:                         Paul A. Rake (ISBA 5898-45)
                                    Robert J. Feldt (ISBA 16311-45)
EICHHORN & EICHHORN, LLP            200 Russell Street, P.O. Box 6328
                                    Hammond, Indiana  46325
                                    Telephone:  (219) 931-0560
                                    Facsimile:  (219) 931-5370
                                    prake@eichhorn-law.com


                                    Shannon V. McCue, PHV
                                    R. Eric Gaum, PHV
HAHN LOESER & PARKS LLP             200 Public Square, Suite 2800
                                    Cleveland, OH  44114-2316
                                    Telephone:  (216) 621-0150
                                    Facsimile:  (216) 241-2824
                                    smccue@hahnlaw.com
                                    regaum@hahnlaw.com


                                    Attorneys for Plaintiff
                                    Norco Industries, Inc.

5303141.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system on January 3, 2013, will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

*/s/* R. Eric Gaum_____
One of the Attorneys for Plaintiff
Norco Industries, Inc.

5303141.1