UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NORCO INDUSTRIES, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 2:12-CV-00313-PPS-APR |
| v. | )<br>) |
| CPI BINANI, INC. | )<br>) |
| Defendant. | )<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Norco Industries, Inc. and Defendant CPI Binani, Inc., by their undersigned counsel, hereby stipulate to the dismissal of all their respective claims and counterclaims with prejudice. Each side shall bear its own attorney fees and costs, except to the extent that the parties have otherwise agreed.

Dated: January 17, 2013

s/R. Eric Gaum
Paul A. Rake, #5898-45
Robert J. Feldt #16311-45
EICHHORN & EICHHORN, LLP
200 Russell Street/ P.O. Box 6328
Hammond, IN 46325
Telephone: (219)931-0560
Facsimile: (219)931-5370
prake@eichhorn-law.com
rfeldt@eichhorn-law.com

Shannon V. McCue (admitted pro hac vice)
R. Eric Gaum (admitted pro hac vice)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2316

s/Katherine A. Moerke
Patrick D. Murphy (14312-49)
(pmurphy@bmrllp.com)
Boveri Murphy Rice, LLP
400 Plaza Building
210 South Michigan Street
South Bend, Indiana 46601
Telephone: (574) 232-0300
Facsimile: (574) 232-0400

Kevin D. Conneely (admitted pro hac vice)
Katherine A. Moerke (admitted pro hac vice)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300

9488567v1

Telephone: 216.274.2282
Facsimile: 216.274.2286
smccue@hahnlaw.com
eric@hahnlaw.com
*Attorneys for Plaintiff Norco Industries, Inc.*

Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657
kevin.conneely@leonard.com
katherine.moerke@leonard.com
*Attorneys for Defendant CPI Binani, Inc.*

9488567v1